**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LATIFFINE GADSON** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **CIVIL NO. 24-6382** |
| | : | |
| **CONSTELLIS, INC.** | : | |
| *Defendant.* | : | |
| | : | |

## ORDER

**AND NOW,** this **4ᵗʰ** day of **May 2026,** upon consideration of Defendant's Motion to Enforce Settlement and Dismiss Case ("Motion") (ECF No. 35), the record from the hearing this Court held on the Motion on March 24 and 25, 2026, and Defendant's Supplement Brief in Further Support of its Motion (ECF No. 51), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/S/ Kai N. Scott
_____
**HON. KAI N. SCOTT
United States District Court Judge**